**LINCOLN, GUSTAFSON & CERCOS**   (SPACE BELOW IS FOR FILING STAMP ONLY)
*ATTORNEYS AT LAW*
**225 Broadway, Suite 2000**
**San Diego, California 92101**
**(619) 233-1150**
**(619) 233-6949 fax**

RANDALL D. GUSTAFSON /NV Bar No.5342
SHANNON G. ROONEY /NV Bar No. 8241

Attorneys for FIRE MATERIALS GROUP, LLC, and
TELGIAN CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R&O CONSTRUCTION COMPANY, a Utah corporation, | ) CASE NO: 2:09-cv-00147 |
| | ) |
| | ) **STIPULATION AND ORDER FOR** |
| Plaintiff, | ) **DISMISSAL WITH PREJUDICE OF THE** |
| | ) **ENTIRE ACTION** |
| v. | ) |
| | ) |
| FIRE MATERIALS GROUP, LLC, a Georgia limited liability company; TELGIAN CORPORATION, a California corporation; and WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| FIRE MATERIALS GROUP, LLC, and TELGIAN CORPORATION, | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RED ROCK FIRE PROTECTION and ROES 1-50, | ) |
| | ) |
| Third-Party Defendants. | ) |

The parties who have entered an appearance in the above-captioned matter, Plaintiff, R&O CONSTRUCTION COMPANY, ("Plaintiff"), Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ("WESTCHESTER"), Defendant, FIRE MATERIALS GROUP, LLC, ("FMG"), and Defendant, TELGIAN CORPORATION ("TELGIAN"), by and

1
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**

through their respective counsel of record, hereby stipulate for dismissal of the above-captioned matter as follows:

WHEREAS the parties have reached full and final settlement in the above-captioned matter;

ACCORDINGLY, IT IS HEREBY STIPULATED by and between counsel for Plaintiff, counsel for FMG and TELGIAN, and counsel for WESTCHESTER that the Complaint filed by Plaintiff, and the Third-Party Complaint filed by FMG and TELGIAN against Third Party Defendant, RED ROCK FIRE PROTECTION, and any other claims, cross-claims, counter-claims, or third-party claims by or between the above-referenced parties are hereby dismissed, with prejudice, and each party shall bear its own fees and costs.

Therefore, good cause exists for the above-captioned matter to be dismissed with prejudice, and counsel respectfully requests that this Honorable Court adopt the Stipulation and [Proposed] Order for Dismissal.

DATED: August 18, 2010          CALLISTER NEBEKER & McCULLOUGH

                                /s/ *Michael D. Stanger*
                                _____
                                MICHAEL D. STANGER, ESQ.
                                Attorneys for Plaintiff

DATED: August 18, 2010          THE JOHNSON FIRM, LLC

                                /s/ *C. Michael Johnson*
                                _____
                                C. MICHAEL JOHNSON, ESQ.
                                Attorneys for WESTCHESTER SURPLUS
                                LINES INSURANCE COMPANY

DATED: August 18, 2010          LINCOLN, GUSTAFSON & CERCOS

                                /s/ *Shannon G. Rooney*
                                _____
                                RANDALL D. GUSTAFSON, ESQ.
                                SHANNON G. ROONEY, ESQ.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendants/Third
Party Complainants FIRE MATERIALS
GROUP, LLC and TELGIAN CORPORATION

IT IS SO ORDERED.

DATED: __8/19/2010_____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION